Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOM HIENG dba SUNSHINE DONUTS, et al.,<br><br>　　　　Defendants. | No.  1:14-cv-01968---MJS<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for March 12, 2015;

WHEREAS, a joint scheduling report must be filed by all parties by March 5, 2015 pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 4);

WHEREAS, Defendant, Rithy Sok dba Sunshine Donuts ("Sok") was served with the First Amended Complaint on February 12, 2015, as set forth in the proof of service of summons on file with the Court (Dkt. 16);

WHEREAS, Sok's responsive pleading is therefore not due until March 5, 2015, the same date the joint scheduling report is due;

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff") and Defendants, Tom Hieng dba Sunshine Donuts; Gordon K. Tessman, Co-Trustee of the Gordon K. Tessman and Jean A.

1  Tessman Revocable Family Trust u/d/t November 18, 2010; Jean A. Tessman, Co-Trustee of
2  the Gordon K. Tessman and Jean A. Tessman Revocable Family Trust u/d/t November 18,
3  2010; Douglas Arnold Jorissen, Co-Trustee of the Douglas Arnold Jorissen and Kimber Lea
4  Jorissen Revocable Trust Agreement u/d/t August 12, 2010; Kimber Lea Jorissen, Co-Trustee
5  of the Douglas Arnold Jorissen and Kimber Lea Jorissen Revocable Trust Agreement u/d/t
6  August 12, 2010; and Stacey Lane Walter, Trustee of the Stacey Lane Walter Trust u/d/t
7  November 23, 2010 (collectively "Defendants," and together with Plaintiff, "the Parties") have
8  met and conferred pursuant to Rule 26(f) and have entered into a stipulation extending time for
9  Defendants to file their responsive pleadings until March 4, 2015 (Dkt. 17);

10  WHEREAS, the Parties have not been able to meet and confer with Sok to date as Sok
11  has not yet made an appearance in the action nor contacted counsel for the Parties;

12  NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a
13  continuance of the Mandatory Scheduling Conference currently set for March 12, 2015 to a date
14  at the Court's convenience on or after March 30, 2015, to allow time for Sok to make an
15  appearance, the Parties to meet and confer with Sok, and to file a joint scheduling report.

17  Date: February 26, 2015                MOORE LAW FIRM, P.C.

19                                          */s/ Tanya E. Moore*
                                            Tanya E. Moore
20                                          Attorneys for Plaintiff
                                            Ronald Moore

22  Date: February 26, 2015                LAW OFFICE OF AMY R. LOVEGREN-
                                            TIPTON, APLC

24                                          */s/ Amy R. Lovegren-Tipton*
25                                          Amy R. Lovegren-Tipton
                                            Attorney for Defendants
26                                          Tom Hieng dba Sunshine Donuts; Gordon K.
27                                          Tessman, Co-Trustee of the Gordon K. Tessman
                                            and Jean A. Tessman Revocable Family Trust u/d/t
28                                          November 18, 2010; Jean A. Tessman, Co-Trustee
                                            of the Gordon K. Tessman and Jean A. Tessman

Revocable Family Trust u/d/t November 18, 2010; Douglas Arnold Jorissen, Co-Trustee of the Douglas Arnold Jorissen and Kimber Lea Jorissen Revocable Trust Agreement u/d/t August 12, 2010; Kimber Lea Jorissen, Co-Trustee of the Douglas Arnold Jorissen and Kimber Lea Jorissen Revocable Trust Agreement u/d/t August 12, 2010; and Stacey Lane Walter, Trustee of the Stacey Lane Walter Trust u/d/t November 23, 2010

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for March 12, 2015 is continued to April 2, 2015 at 11:00 AM (time). The Parties shall file a joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   February 27, 2015         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE