Amy R. Lovegren-Tipton (SBN 258697)
**LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC**
5703 N. West Avenue, Suite 103
Fresno, California 93711
Telephone: (559) 421-9137
Facsimile: (559) 921-4333
Email: ATipton@TiptonLegal.com

Attorneys for Defendants TOM HIENG, GORDON K. TESSMAN, JEAN A. TESSMAN, DOUGLAS ARNOLD JORISSEN, KIMBER LEA JORISSEN, STACEY LANE WALTER, RITHY SOK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>     v.<br><br>TOM HIENG dba SUNSHINE DONUTS; GORDON K. TESSMAN, Co-Trustee of the GORDON K. TESSMAN and JEAN A. TESSMAN REVOCABLE FAMILY TRUST u/d/t November 18, 2010; JEAN A. TESSMAN, Co-Trustee of the GORDON K. TESSMAN and JEAN A. TESSMAN REVOCABLE FAMILY TRUST u/d/t November 18, 2010; DOUGLAS ARNOLD JORISSEN, Co-Trustee of the DOUGLAS ARNOLD JORISSEN AND KIMBER LEA JORRISON REVOCABLE TRUST AGREEMENT u/d/t August 12, 2010; KIMBER LEA JORISSEN, Co-Trustee of the DOUGLAS ARNOLD JORISSEN AND KIMBER LEA JORRISEN REVOCABLE TRUST AGREEMENT u/d/t August 12, 2010; STACEY LANE WALTER TRUST u/d/t November 23, 2010; RITHY SOK dba SUNSHINE DONUTS,<br><br>             Defendants. | Case No.:  1:14-CV-01968<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TOM HIENG, GORDON K. TESSMAN, JEAN A. TESSMAN, DOUGLAS ARNOLD JORISSEN, KIMBER LEA JORISSEN, STACEY LANE WALTER AND RITHY SOK TO RESPOND TO COMPLAINT, AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

STIPULATION
- 1 -

WHEREAS, Plaintiff, RONALD MOORE ("Plaintiff"), and Defendants TOM HIENG, GORDON K. TESSMAN, JEAN A. TESSMAN, DOUGLAS ARNOLD JORISSEN, KIMBER LEA JORISSEN, STACEY LANE WALTER and RITHY SOK ("Defendants") acknowledge that the parties previously stipulated to an extension of time wherein Defendants' response to the First Amended Complaint is currently due on or before March 4, 2015;

WHEREAS, the above-referenced parties are engaged in meaningful settlement negotiations, and wish to avoid incurring additional fees and unnecessarily utilizing judicial resources while Defendants obtain and share with Plaintiff their CASp report(s), and while Plaintiff and Defendants explore, and hopefully finalize, a settlement as between them;

WHEREAS, the Mandatory Scheduling Conference is currently set for April 2, 2015, and the Mandatory Joint Scheduling Conference Statement must therefore be filed on or before March 26, 2015;

WHEREAS, the parties do not object to continuing the Mandatory Scheduling Conference;

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate as follows:

1.   To an extension of time (i.e., a second extension which, in total, exceeds 28 days) for Defendants to respond to the First Amended Complaint herein, through and including March 30, 2015, which extension exceeds the maximum 28 days permissible without leave of Court; and

2.   That the Mandatory Scheduling Conference currently set for April 2, 2015, be continued to a date after May 1, 2015, at the Court's convenience.

Dated: March 4, 2015                    **LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC**

                                        By/s/Amy R. Lovegren-Tipton
                                        AMY R. LOVEGREN-TIPTON
                                        Attorney for Defendants

Dated: March 4, 2015                                **MOORE LAW FIRM, P.C.**


                                        By /s/ Tanya E. Moore_____
                                           TANYA E. MOORE
                                           Attorney for Plaintiff

### ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants' response to the First Amended Complaint is now due on or before March 30, 2015.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for April 2, 2015 is continued to May 7, 2015 at 10:30 AM , in Courtroom 6, before United States Magistrate Judge Michael J. Seng. The Joint Scheduling Conference Statement is to be filed no more than seven (7) days prior to the date of the conference.

IT IS SO ORDERED.

Dated:   March 6, 2015                       /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE