Amy R. Lovegren-Tipton (SBN 258697)
**LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC**
5703 N. West Avenue, Suite 103
Fresno, California 93711
Telephone: (559) 421-9137
Facsimile: (559) 921-4333
Email: ATipton@TiptonLegal.com

Attorneys for Defendants TOM HIENG, GORDON K. TESSMAN, JEAN A. TESSMAN, DOUGLAS ARNOLD JORISSEN, KIMBER LEA JORISSEN, STACEY LANE WALTER, RITHY SOK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br><br>     v.<br><br>TOM HIENG dba SUNSHINE DONUTS; GORDON K. TESSMAN, Co-Trustee of the GORDON K. TESSMAN and JEAN A. TESSMAN REVOCABLE FAMILY TRUST u/d/t November 18, 2010; JEAN A. TESSMAN, Co-Trustee of the GORDON K. TESSMAN and JEAN A. TESSMAN REVOCABLE FAMILY TRUST u/d/t November 18, 2010; DOUGLAS ARNOLD JORISSEN, Co-Trustee of the DOUGLAS ARNOLD JORISSEN AND KIMBER LEA JORRISON REVOCABLE TRUST AGREEMENT u/d/t August 12, 2010; KIMBER LEA JORISSEN, Co-Trustee of the DOUGLAS ARNOLD JORISSEN AND KIMBER LEA JORRISEN REVOCABLE TRUST AGREEMENT u/d/t August 12, 2010; STACEY LANE WALTER TRUST u/d/t November 23, 2010; RITHY SOK dba SUNSHINE DONUTS,<br><br>              Defendants. | Case No.:  1:14-CV-01968 MJS<br><br>**THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TOM HIENG, GORDON K. TESSMAN, JEAN A. TESSMAN, DOUGLAS ARNOLD JORISSEN, KIMBER LEA JORISSEN, STACEY LANE WALTER AND RITHY SOK TO RESPOND TO COMPLAINT; ORDER THEREON** |

STIPULATION
- 1 -

WHEREAS, Plaintiff, RONALD MOORE ("Plaintiff"), and Defendants TOM HIENG, GORDON K. TESSMAN, JEAN A. TESSMAN, DOUGLAS ARNOLD JORISSEN, KIMBER LEA JORISSEN, STACEY LANE WALTER and RITHY SOK ("Defendants") acknowledge that the parties previously stipulated to an extension of time wherein Defendants' response to the First Amended Complaint is currently due on or before March 30, 2015;

WHEREAS, the above-referenced parties are currently evaluating Defendants' Certified Access Specialist Report and working together to explore all avenues towards settlement. The parties wish to avoid the costs associated with filing responsive pleadings, and conserve the resources of the Court.

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate as follows:

1. To an extension of time (i.e., a third extension which, in total, exceeds 28 days) for Defendants to respond to the First Amended Complaint herein, through and including April 16, 2015, which extension exceeds the maximum 28 days permissible without leave of Court.

Dated: March 19, 2015          **LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC**

                               By/s/Amy R. Lovegren-Tipton
                                  AMY R. LOVEGREN-TIPTON
                                  Attorney for Defendants

Dated: March 19, 2015          **MOORE LAW FIRM, P.C.**

                               By/s/ Tanya E. Moore_____
                                  TANYA E. MOORE
                                  Attorney for Plaintiff

**ORDER**

    The Parties having so stipulated and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' response to the First Amended Complaint is now due on or before April 16, 2015.

IT IS SO ORDERED.

Dated:   March 23, 2015           /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE