Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RONALD MOORE, | No.  1:14-CV-01968-MJS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER THEREON** |
| vs. | |
| TOM HIENG dba SUNSHINE DONUTS, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: April 24, 2015                    MOORE LAW FIRM, P.C.


                                        _/s/ Tanya E. Moore_____
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Ronald Moore

1

**<u>ORDER</u>**

2

  Good cause appearing,

3

  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

IT IS SO ORDERED.

6

7

  Dated: April 24, 2015      /s/ *Michael J. Seng*

8

             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28